
Minute Order Form (06/97)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Warren K. Urbom | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 99 C 3356 | **DATE** | 3/31/2003 |
| **CASE TITLE** | EEOC vs. Dial Corp. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
   ☐ FRCP4(m)  ☐ Local Rule 41.1  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Defendant's motion in limine to bar EEOC's newly identified expert witness (Doc 323-1) is granted, to the extend that EEOC may not present Jerome Lipman as a witness in the plaintiff's case in chief.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | Document Number |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | |
| | No notices required. | | number of notices | |
| ✓ | Notices mailed by judge's staff. | | APR 0 4 2003 | |
| | Notified counsel by telephone. | | date docketed | 391 |
| | Docketing to mail notices. | | | |
| | Mail AO 450 form. | U.S. DISTRICT COURT CLERK | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | | |
| SCT | courtroom deputy's initials | 03 APR -3 PM 3:11 | date mailed notice | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY ) <br> COMMISSION, ) <br>  ) <br> Plaintiff, ) <br>  ) <br> vs. ) <br>  ) <br> DIAL CORPORATION, ) <br>  ) <br> Defendant. ) | CIVIL ACTION NO. 99 C 3356 <br><br> MEMORANDUM AND ORDER ON <br> DEFENDANT'S MOTION *IN LIMINE* <br> TO BAR EEOC'S NEWLY IDENTIFIED <br> EXPERT WITNESS |

DOCKETED APR 0 4 2003

EEOC acknowledges that it did not identify Jerome Lipman as a possible trial witness prior to the parties' exchange of witness lists in connection with the preparation of the Final Pre-Trial Order. Dial asserts, and the EEOC does not dispute, that no report prepared and signed by Jerome Lipman has been tendered to Dial in accordance with Rule 26(a)(2). Both the requirement of identifying Jerome Lipman as a witness and furnishing a copy of a report containing his opinions are significant, if Mr. Lipman is expected to testify as an expert. EEOC says that "the *only* purpose for which EEOC would utilize Lipman would be for his testimony, as a Certified Public Accountant, as to *how to read and understand the Dial financial statements* which EEOC intends to introduce in support of its claim for punitive damages, and as to which EEOC intends to examine Dial's Chief Financial Officer Conrad A. Conrad as an adverse witness. Lipman would *not* testify with respect to whether Dial should be required to pay punitive damages, and he would *not* testify as to what an appropriate amount of punitive damages might be."

I think what EEOC has said it intends to utilize Lipman for means that he falls within the meaning of Rule 702 of the Federal Rules of Evidence. The untimely identifying of him as a witness and failure to produce a report results in his not being able to give testimony in the plaintiff's case in chief. Whether he may be presented as a rebuttal witness must await trial developments.

391

IT IS ORDERED that the Defendant's Motion *In Limine* to Bar EEOC's Newly Identified Expert Witness, filing 323, is granted, to the extent that EEOC may not present Jerome Lipman as a witness in the plaintiff's case in chief.

Dated March 31, 2003.

BY THE COURT

Warren K. Urbom
United States Senior District Judge