# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Warren K. Urbom | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 99 C 3356 | **DATE** | 4/1/2003 |
| **CASE TITLE** | EEOC vs. Dial Corp. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
   ☐ FRCP4(m)  ☐ Local Rule 41.1  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Defendant's motion in limine to exclude EEOC from informing the jury about the identity or number of Class Members (Docs 339 and 345) is granted with respect to Phase I of the trial.

(11) ■ [For further detail see order attached to the original minute order.]

Document Number: 393

Date docketed: APR 0 4 2003

SCT / courtroom deputy's initials

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>DIAL CORPORATION,<br><br>Defendant. | CIVIL ACTION NO. 99 C 3356<br><br>MEMORANDUM AND ORDER ON DEFENDANT'S MOTION *IN LIMINE* TO EXCLUDE EEOC FROM INFORMING THE JURY ABOUT THE IDENTITY OR NUMBER OF CLASS MEMBERS |

DOCKETED APR 0 4 2003

This motion presents a hard question to be resolved ultimately, but an easy question to answer with respect to Phase I: Does the identity or number of "class" members have any relevance at Phase I of the trial, when no damage questions will be put to the jury at the end of Phase I?

The answer is no. What the answer will be during Phase II, having to do with punitive damages, will have to be resolved by then, but it need not be resolved now.

IT IS ORDERED that the Defendant's Motion *In Limine* to Exclude EEOC from Informing the Jury About the Identity or Number of Class Members, filings 339 and 345, is granted with respect to Phase I of the trial.

Dated April 1, 2003.

BY THE COURT

Warren K. Urbom
United States Senior District Judge

393